Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
JAMES SHAYLER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual, | Case No.: 2:21-cv-00563-DSF-JEM |
| Plaintiff, | Hon. Dale S. Fischer |
| v. | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| PICO 12300, LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: January 21, 2021 |
| Defendants. | Trial Date: None Set |

NOTICE OF SETTLEMENT

1  The Plaintiff hereby notifies the Court that a global settlement has been
2  reached in the above-captioned case and the Parties would like to avoid any
3  additional expense, and to further the interests of judicial economy.
4  The plaintiff, therefore, applies to this Honorable Court to vacate all currently
5  set dates with the expectation that the Voluntary Dismissal with prejudice, as to all
6  parties, will be filed within 45 days.

Dated: March 8, 2021                    **MANNING LAW, APC**

                              By:   */s/ Joseph R. Manning, Jr.  Esq.*
                                    Joseph R. Manning, Jr., Esq.
                                    Attorneys for Plaintiff
                                    James Shayler

---

NOTICE OF SETTLEMENT